# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

PHILIP D. COLLINS,

    Plaintiff,

v.                                                                                CASE NO.  8:15-cv-1523-T-26AAS

UNITED STATES OF AMERICA,

    Defendant.

_____/

## O R D E R

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Joint Motion for a Thirty Day Stay (Dkt. 20) is **granted**.  All proceedings in this case are stayed for a period of thirty days up to and including **July 25, 2016.**  At the conclusion of the stay, Plaintiff's counsel shall advise the Court in writing whether the Plaintiff's estate desires to continue with this lawsuit against the Government.

**DONE AND ORDERED** at Tampa, Florida, on June 24, 2016.

                                                            s/*Richard A. Lazzara*
                                                            **RICHARD A. LAZZARA**
                                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record